IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANDREW M. BAUM, et al.          *

      Plaintiffs           *

  vs.                              *   CIVIL ACTION NO. MJG-03-112

JONATHAN W. BAUM                *

      Defendant            *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER REMANDING CASE

For reasons stated in the Memorandum And Order issued this date:

1. This case, originally filed in the Circuit Court for Frederick County, Maryland as Baum v. Baum, Civil Action No. 01-2993-CV and removed to this Court therefrom is hereby REMANDED.

2. The State Court may proceed with this case.

3. The parties shall bear their own costs.

SO ORDERED, on Thursday, April 3, 2003.

                                  / s /
                            Marvin J. Garbis
                    United States District Judge